# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                            :
                                                  :     Chapter 13
CRYSTAL PURIEFOY- DAVIS,              :
                                                  :     Bankruptcy No. 18-18421 (MDC)
                          Debtor.         :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION
## TO CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 43) filed by the City of Philadelphia on September 5, 2019.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: September 16, 2019        By:    */s/ Joshua Domer*
                                        JOSHUA DOMER
                                        Assistant City Solicitor
                                        PA Attorney I.D. 319190
                                        Attorney for the City of Philadelphia
                                            and/or
                                        Water Revenue Bureau
                                        City of Philadelphia Law Department
                                        Municipal Services Building
                                        1401 JFK Boulevard, 5th Floor
                                        Philadelphia, PA 19102-1595
                                        215-686-0519 (phone)
                                        Email: Joshua.Domer@phila.gov