IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    Crystal Puriefoy-Davis        )    Chapter 13
Debtor        )
        )    18-18421-MDC
        )
        )

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for
Approval of Counsel Fees submitted by David M. Offen, Attorney
for the Debtor, and upon notice and certification of no objection
it is hereby ORDERED that:

Counsel fee in the amount of $5,000.00 is allowed and the
balance in the amount of $4,500.00 shall be paid by the Chapter
13 Trustee to the extent there are funds available and consistent
with the terms of the Confirmed Plan.

December 5, 2019
_____
DATED:                        HONORABLE MAGDELINE D. COLEMAN
                        CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esquire, Trustee

David M. Offen, Esquire