United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-18421-mdc
Crystal Puriefoy-Davis                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv                Page 1 of 1               Date Rcvd: Dec 05, 2019
                              Form ID: pdf900          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.
db             +Crystal Puriefoy-Davis,   6827 Finch Place,   Philadelphia, PA 19142-2524
cr             +U.S. BANK NATIONAL ASSOCIATION,   14841 Dallas Pkwy Suite 425,   Dallas, TX 75254-8067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bncnotice@ph13trustee.com Dec 06 2019 03:16:45     WILLIAM C. MILLER,
                 Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
cr             +E-mail/Text: megan.harper@phila.gov Dec 06 2019 03:16:39     CITY OF PHILADELPHIA,
                 Tax & Revenue Unit,   1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   Major Tax Litigation Division,
                 Philadelphia, PA 19102-1613
                                                                                              TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Crystal  Puriefoy-Davis dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JOSHUA  DOMER    on behalf of Creditor    CITY OF PHILADELPHIA joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association as Trustee et al bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 6

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Crystal Puriefoy-Davis ) Chapter 13
Debtor )
) 18-18421-MDC
)
)

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $5,000.00 is allowed and the balance in the amount of $4,500.00 shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the Confirmed Plan.

December 5, 2019
DATED:  HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esquire, Trustee

David M. Offen, Esquire