# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                            Chapter 13

                                            Bankruptcy No. 18-18421-MDC

CRYSTAL PURIEFOY-DAVIS

6827 FINCH PLACE

PHILADELPHIA, PA 19142

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CRYSTAL PURIEFOY-DAVIS

6827 FINCH PLACE

PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 1/7/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee