# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Crystal Puriefoy-Davis aka Crystal Puriefoy aka Crystal Davis<br>　　　　　　　　　Debtor(s) | Chapter 13 |
| Specialized Loan Servicing LLC as servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as Trustee as Successor by merger to LaSalle Bank National Association as Trustee for EMC Mortgage Loan Trust 2005-A, Mortgage Loan Pass-Through Certificates, Series 2005-A<br>　　　　　　v.<br>Crystal Puriefoy-Davis aka Crystal Puriefoy aka Crystal Davis<br>　　　　　　and<br>William C. Miller Esq.<br>　　　　　　Trustee | NO. 18-18421 MDC |

## ORDER

AND NOW, this 22nd day of January, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Specialized Loan Servicing LLC as servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as Trustee as Successor by merger to LaSalle Bank National Association as Trustee for EMC Mortgage Loan Trust 2005-A, Mortgage Loan Pass-Through Certificates, Series 2005-A and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6827 Finch Place  Philadelphia, PA 19142.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
Chief United States Bankruptcy Judge.
Magdeline D. Coleman

cc: See attached service list

Crystal Puriefoy-Davis aka Crystal Puriefoy aka Crystal Davis
6827 Finch Place
Philadelphia, PA 19142

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532