```
                           United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                         Case No. 18-18421-mdc
Crystal Puriefoy-Davis                                         Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0313-2          User: dlv                    Page 1 of 2                   Date Rcvd: Feb 13, 2020
                              Form ID: pdf900              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db             +Crystal Puriefoy-Davis,    6827 Finch Place,    Philadelphia, PA 19142-2524
cr             +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Pkwy Suite 425,    Dallas, TX 75254-8067
14250959        Bureau of UC Benefits & Allowances,    Attn: UI Payment Services,    P.O. Box 67503,
                 Harrisburg, PA 17106-7503
14250961       +Fair Collections & Outsourcing,    Attn: Bankruptcy Dept,    12304 Baltimore Ave Suite E,
                 Bellsville, MD 20705-1314
14255261       +Philadelphia Gas Works,   800 W Montgomery Avenue,     Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14250965       +Pioneer Credit Recovery, Inc.,    PO Box 99,   Arcade, NY 14009-0099
14326460       +Specialized Loan Servicing LLC,    c/o Kevin G. McDonald, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14250968       +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
14250969       +Stern  Eisenberg PC,   1581 Main Street,    Suite 200,   Warrington, PA 18976-3403
14258308       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
14339830        US Department of Education,    PO BOX 16448,   St. Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bncnotice@ph13trustee.com Feb 14 2020 03:44:38      WILLIAM C. MILLER,
                 Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Feb 14 2020 03:44:21     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2020 03:43:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 14 2020 03:44:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/Text: megan.harper@phila.gov Feb 14 2020 03:44:20      CITY OF PHILADELPHIA,
                 Tax & Revenue Unit,   1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
                 Philadelphia, PA 19102-1613
14250960        E-mail/Text: megan.harper@phila.gov Feb 14 2020 03:44:21     City of Philadelphia, Law Department,
                 Municipal Services Building,
                 1401 JFK Boulevard, 5th Floor,   Philadelphia, PA 19102
14250962       +E-mail/Text: cio.bncmail@irs.gov Feb 14 2020 03:43:29      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
14336730        E-mail/Text: blegal@phfa.org Feb 14 2020 03:44:00      PHFA/HEMAP,   211 NORTH FRONT ST,
                 PO BOX 8029,   HARRISBURG, PA 17105
14336368       +E-mail/Text: blegal@phfa.org Feb 14 2020 03:44:00      PHFA/HEMAP,   211 NORTH FRONT ST,
                 PO BOX 15206,   HARRISBURG, PA 17105-5206
14250963       +E-mail/Text: bankruptcygroup@peco-energy.com Feb 14 2020 03:43:30      Peco Energy,
                 2301 Market Street,   Philadelphia, PA 19103-1380
14250964        E-mail/Text: blegal@phfa.org Feb 14 2020 03:44:00      Pennsylvania Housing Finance Agency,
                 P.O. Box 15206,   Harrisburg, PA 17105-5206
14250967       +E-mail/Text: bankruptcy@sw-credit.com Feb 14 2020 03:43:59     Southwest Credit Systems,
                 4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
14250970        E-mail/Text: megan.harper@phila.gov Feb 14 2020 03:44:20     Water Revenue Bureau,
                 1401 JFK Blvd.,   Philadelphia, PA 19102-1663
14335017       +E-mail/Text: megan.harper@phila.gov Feb 14 2020 03:44:20     Water Revenue Bureau,
                 C/O Joshua Domer,   c/o City of Philadelphia Law Department,    Tax & Revenue Unit,
                 1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102-1613
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14250966       ##+Security Check,   Attn: Bankruptcy Dept,    2612 Jackson Ave W,   Oxford, MS 38655-5405
                                                                                        TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: dlv                Page 2 of 2              Date Rcvd: Feb 13, 2020
                              Form ID: pdf900          Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Crystal  Puriefoy-Davis dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JOSHUA  DOMER    on behalf of Creditor    CITY OF PHILADELPHIA joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association as Trustee et al bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Association as Trustee et al
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              Chapter 13
CRYSTAL PURIEFOY-DAVIS

                Debtor                              Bankruptcy No. 18-18421-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

February 13, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
CRYSTAL PURIEFOY-DAVIS

6827 FINCH PLACE

PHILADELPHIA, PA 19142